Same case below, 334 Fed. Appx. 332.

No. 09-8901. Akikiwe Kambule, Petitioner v. Mississippi.

560 U.S. 941, 130 S. Ct. 3354, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4511.

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 19 So. 3d 120.

No. 09-9143. Jay Beane, Petitioner v. United States.

560 U.S. 941, 130 S. Ct. 3354, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4459.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 584 F.3d 767.

No. 09-9186. Melvin Bonnell, Petitioner v. David Bobby, Warden.

560 U.S. 941, 130 S. Ct. 3354, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4527.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-9302. Michael Wayne Eggers, Petitioner v. Gary Hetzel, Warden, et al.

560 U.S. 941, 130 S. Ct. 3355, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4557.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9798. Hoi Huynh, Petitioner v. Board of Education of the City of Chicago, et al.

560 U.S. 941, 130 S. Ct. 3356, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4502.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-9808. Mark L. Guman, Petitioner v. Andrew P. Bissonnette, Judge, Circuit Court of Wisconsin, Dodge County.

560 U.S. 941, 130 S. Ct. 3356, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4426.

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

No. 09-9813. Leon L. Crawley, Petitioner v. Walter N. Dinwiddie, Warden.

560 U.S. 941, 130 S. Ct. 3357, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4389.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 584 F.3d 916.

No. 09-9819. Isaak Goltsman, Petitioner v. Almquist & Gilbert, P.C., et al.

560 U.S. 941, 130 S. Ct. 3357, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4404,

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.